■ INTER-CITY INVESTOR CORP., Respondent, v EDITH KESSLER et al., Appellants.—In an action, *inter alia,* to foreclose a mortgage on real property, and for legal fees due pursuant to said mortgage, defendants appeal from a judgment of the Supreme Court, Kings County, entered May 18, 1976, after a nonjury trial, which, *inter alia,* fixed the amount due plaintiff and directed that the mortgaged premises be sold. The appeal brings up for review an order of the same court, dated May 12, 1976, which awarded plaintiff $1,500 as legal fees. Judgment and order affirmed, with one bill of costs. A party asserting the defense of usury must establish it by " 'clear evidence as to all the elements essential thereto' " (*Giventer v Arnow,* 37 NY2d 305, 309). The trial court's holding that the defense was not established "clearly and decisively", therefore, embodied the correct standard of proof. The note and mortgage here provided for legal fees of 15% of the principal balance and interest due. Here, the trial court considered the reasonable value of the legal fees to be $1,500, which is less than 10% of the amount found to be due plaintiff (cf. *General Lbr. Corp. v Landa,* 13 AD2d 804). Considering the fact that a four-day trial was involved, such award does not appear to be unreasonable. Hopkins, Acting P. J., Cohalan, Damiani and Hawkins, JJ., concur.

■ KAMKEW INVESTORS CO., Respondent, v PEP McGUIRE RESTAURANT, INC., Appellant.—In a summary proceeding for the nonpayment of rent, in which the appellant tenant counterclaimed for overpayments of water charges and for attorneys' fees, the appeal (by permission) is from an order of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts, dated April 13, 1976, which reversed a judgment of the Civil Court of the City of New York, Queens County, dated August 1, 1975, which, after a nonjury trial, was in favor of appellant. Order affirmed, with $50 costs and disbursements. The parties, by their actions, have evidenced an agreement to a flat rate, in lieu of a metered charge, for the water used. Shapiro, Acting P. J., Titone, Hawkins and O'Connor, JJ., concur.